No. 88–356. UNITED STATES DEPARTMENT OF THE NAVY, PHILADELPHIA NAVAL SHIPYARD v. FEDERAL LABOR RELATIONS AUTHORITY. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53.

OCTOBER 6, 1988

No. 88–283. PARADYNE CORP. v. M/A-COM, INC., ET AL. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 53.

No. 88–243. SHEFTELMAN ET AL. v. STANDARD METALS CORP. ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 53.

OCTOBER 11, 1988

No. 88–295. LOCAL UNION 598, PLUMBERS & PIPEFITTERS INDUSTRY JOURNEYMEN & APPRENTICES TRAINING FUND v. J. A. JONES CONSTRUCTION CO. ET AL. Appeal from C. A. 9th Cir. Motion of Foundation for Fair Contracting for leave to file a brief as *amicus curiae* granted. Judgment affirmed.

No. 88–76. CROCKER NATIONAL BANK ET AL. v. CITY AND COUNTY OF SAN FRANCISCO. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. THE CHIEF JUSTICE would note probable jurisdiction and set case for oral argument.

No. 88–179. JONATHAN CLUB v. CALIFORNIA COASTAL COMMISSION. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 88–253. PRITCHARD ET UX. v. BOARD OF COMMISSIONERS OF CALVERT COUNTY, MARYLAND, ET AL. Appeal from Ct. App. Md. dismissed for want of substantial federal question.